# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0091. MELISSA KNIGHT v. SAFETY NATIONAL CASUALTY COMPANY.**

Following a car accident, Melissa Knight sued Trey Prescott Hunley. She also sought to recover from Progressive Southeastern Insurance Company and Safety National Casualty Corporation under uninsured motorist policies. Safety National Casualty Corporation filed a motion to dismiss, arguing that Knight was not covered by its uninsured motorist policy at the time of the accident. The trial court granted the motion to dismiss, and Knight filed this appeal.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted).  In such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). See id.  "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed."  Id. (punctuation omitted).

Although the trial court's order resolved Knight's claim against Safety National Casualty Corporation, it did not resolve Knight's claims against the other defendants. The order is thus not final. The trial court also did not direct the entry of final judgment in accordance with OCGA § 9-11-54 (b). Under these circumstances, Knight could appeal the order only by following the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b).  See *Johnson*, 192 Ga. App. at 629.

Knight's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  08/27/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*